531 A.2d 1109

Louis D. EKIN and Lillian S. Ekin, his wife; John W. MacClaren and Dorothy M. MacClaren, his wife; John H. Baldwin and Patricia A. Baldwin, his wife; Milton H. Shapiro and Patricia Shapiro, his wife; Eileen M. Mossburg and Diane M. Mossburg; Richard G. Gangle and Barbara L. Gangle, his wife; Thomas E. Clark and Margaret R. Clark, his wife; Charles A. Provan and Marjorie B. Provan, his wife; Donald W. Rhodes and Edith J. Rhodes, his wife; Louis Slade and Eileen K. Slade, his wife; John L. Morrison and Margaret A. Morrison, his wife; Sidney A. Jackson and Marion Jackson, his wife; Arthur T. Trexler and Edith M. Trexler, his wife; the Township of North Huntingdon, a Municipality and a Township of the First Class; the Norwin School District; and the Board of Commissioners of the County of Westmoreland

v.

The BOARD OF COMMISSIONERS OF the COUNTY OF ALLEGHENY; the Board of Property Assessment Appeals and Review for Allegheny County; the Township of South Versailles; the McKeesport School District; and the Borough of White Oak.

Appeal of Louis D. EKIN and Lillian S. Ekin, his wife; John W. MacClaren and Dorothy M. MacClaren, his wife; John H. Baldwin and Patricia A. Baldwin, his wife; Milton H. Shapiro and Patricia Shapiro, his wife; Eileen M. Mossburg and Diane M. Mossburg; Richard G. Gangle and Barbara L. Gangle, his wife; Thomas E. Clark and Margaret R. Clark, his wife; Charles A. Provan and Marjorie B. Provan, his wife; Donald W. Rhodes and Edith J. Rhodes, his wife; Louis Slade and Eileen K. Slade, his wife; John L. Morrison and Margaret A. Morrison, his wife; Sidney A. Jackson and Marion Jackson, his wife; Arthur T. Trexler and Edith M. Trexler, his wife; the Township of North Huntingdon, a Municipality and a Township of the First Class.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1987.

Decided Oct. 8, 1987.

Reargument Denied Jan. 7, 1988.

20

Thomas P. Cole, II, Sol., Greenburg, for individual appellants and North Huntingdon Tp.

Aaron M. Kress, Asst. Co. Sol. of Westmoreland County, Greensburg, James J. Dodaro, Co. Sol., Ira Weiss, Deputy Co. Sol., Allegheny County Law Dept., Pittsburgh, for appellees.

Robert P. Costello, Sol., North Versailles, for the School Dist. of McKeesport.

Evan E. Lloyd, Sol., Pittsburgh, for South Versailles Tp.

Arnold V. Plum, Sol., Pittsburgh, for White Oak Borough.

William J. Fahey, Pittsburgh, for the Bd. of Property Assessment Appeals & Review for Allegheny County.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., did not participate in the decision of this case.

LARSEN, J., dissents.